# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130836 & (71)

MONIKA MAZUMDER, Personal
Representative of the Estate of
Deepika S. Mazumder, Deceased,
          Plaintiff-Appellee,

v

UNIVERSITY OF MICHIGAN
REGENTS, ROBERT A. KOEPKE,
PH.D., RAJIV TANDON, M.D.,
SATOSHI MINOSHIMA, M.D.,
WASHTENAW COUNTY
COMMUNITY MENTAL HEALTH,
JOSEPH YAROCH, M.D.,
MOONSON R. ELLIOTT ENINSCHE,
B.A., R.S.W., C.S.M., and RICHARD
PFOUTZ, M.S.W., C.S.W.,
          Defendants,

and

MOHAMED AZIZ, M.D., and
STEPHAN F. TAYLOR, M.D.,
          Defendants-Appellants,

and

SRINIBAS MAHAPATRA, M.D.,
          Defendant.
_____/

SC: 130836
COA: 261331
Washtenaw CC: 04-001101-NM

On order of the Court, the motions for immediate consideration and for stay are GRANTED. The application for leave to appeal the February 23, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Mullins v St. Joseph Mercy Hospital* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2007

l0328

_____
Clerk